STATE OF NEW JERSEY v. RAYMOND P. TANGO, JR.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS ENGSTROM.

October 4, 1984.

Petition for certification denied.

HUDSON CITY SAVINGS BANK v. LAUREL
GARDENS ASSOCIATES.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DEL FINO.

October 4, 1984.

Petition for certification granted.